June 11, 1975.

C. A. No. 74-142. STATE *v.* PHILIP A. PAILIN. Sometime after the approval but before the publication of the opinion in this case, the defendant filed a motion for his release or a remand of the case to the Superior Court. His motion is based on a claim of newly discovered evidence. The motion contains allegations that should be resolved in the Superior Court. Accordingly, the defendant's motion is denied pro forma and he is free to pursue this matter in the Superior Court. *Julius C. Michaelson,* Attorney General, *John Austin Murphy,* Special

Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Asst. Public Defender, for defendant.